**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **MARYAM KARAMI,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    No. 3:24-CV-00917 |
| | ) |
| **ALEJANDRO MAYORKAS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>ORDER</u>

On June 25, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Doc. No. 17). The R&R notified the parties that any objections must be filed within fourteen days. (<u>Id.</u> at 2). The deadline has now passed and neither party has filed any objections.

Where there are no "timely objection[s]" to the R&R, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note of 1983 (citations omitted). The Court has reviewed the R&R and finds no clear error. The Court agrees with the Magistrate Judge that dismissal is warranted under Rule 41(b) because Karami has made no efforts to prosecute this case since July 2024, failed to respond to the Show Cause Order issued on May 14, 2026 (Doc. No. 16), or taken any action to move this suit forward. (<u>Id</u>. at 1).

Accordingly, the Court **ADOPTS** the R&R (Doc. No. 17) in its entirety.  This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE